**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **550 Seabreeze Development LLC** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Las Olas Ocean Resort** | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-0930110** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **550 Seabreeze Blvd.** **Fort Lauderdale, FL 33316** | **19501 Biscayne Blvd.** **Suite 400** **Miami, FL 33180** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **550 Seabreeze Development LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor    **550 Seabreeze Development LLC**                                    Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** . *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **550 Seabreeze Development LLC** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2018**
MM / DD / YYYY

**X** **/s/ Kenneth Bernstein**                               **Kenneth Bernstein**
Signature of authorized representative of debtor        Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Paul J. Battista**                     Date **February 26, 2018**
Signature of attorney for debtor                 MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 S.E. 2nd Street**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **305-349-2300**        Email address

**884162**
Bar number and State

### 550 SEABREEZE DEVELOPMENT LLC

### WRITTEN CONSENT AUTHORIZING THE FILING OF A CHAPTER 11 BANKRUPTCY PROCEEDING AND RELATED MATTERS IN LIEU OF A MEETING

The undersigned Las Olas Mezzanine Borrower, LLC, as Managing Member of and on behalf of 550 Seabreeze Development LLC (the "Company"), does hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice, and does hereby consent in writing, notwithstanding any other agreement or understanding (written or verbal) to the contrary, to the adoption of the following resolutions and taking of the following actions pursuant to the Florida Revised Limited Liability Company Act, in lieu of a meeting of the Company:

**BE IT RESOLVED** that the undersigned hereby adopts these resolutions, notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Company is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, hereby directs that these resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these resolutions.

**BE IT FURTHER RESOLVED** that the undersigned, on behalf of the Company, authorizes and empowers Kenneth Bernstein (an "Authorized Officer"), to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") on behalf of the Company, which filing be and the same is hereby approved (the "Chapter 11 Proceedings"); and

1

**BE IT FURTHER RESOLVED** that the Authorized Officer is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the property of the Company, the disposition and/or restructuring thereof, and the financing thereof, as he may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Company, through its Authorized Officer, is: (i) authorized to retain on behalf of the Company the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) to retain on behalf of the Company such other professionals that the Authorized Officer deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer of the Company is hereby authorized, empowered and directed to do all things and to take all actions which such officer

2

may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

**BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the 26th day of February, 2018.

**IN WITNESS WHEREOF**, the undersigned have executed this consent in the name and on behalf of Las Olas Mezzanine Borrower, LLC, the Managing Member of 550 Seabreeze Development, LLC, for the purposes herein expressed.

Dated: February 26, 2018              **LAS OLAS MEZZANINE BORROWER, LLC,**
                                      **Managing Member**

                                By:   **LAS OLAS GROUP II, L.P., its Managing**
                                      **Member**

                                      By:   **LAS OLAS GROUP GP, LLC,**
                                            **a General Partner**

                                            By: _K. B l_
                                            Printed Name: _Kennel Bearsten_
                                            Title: _Member_

                                      By:   **JERICHO GENERAL PARTNER, LLC,**
                                            **a General Partner**

                                            By: _____
                                            Printed Name:_____
                                            Title:_____

3

may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

**BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the 26th day of February, 2018.

**IN WITNESS WHEREOF**, the undersigned have executed this consent in the name and on behalf of Las Olas Mezzanine Borrower, LLC, the Managing Member of 550 Seabreeze Development, LLC, for the purposes herein expressed.

Dated: February 26, 2018           **LAS OLAS MEZZANINE BORROWER, LLC,**
                                   **Managing Member**

                    By:    **LAS OLAS GROUP II, L.P., its Managing**
                           **Member**

                           By:    **LAS OLAS GROUP GP, LLC,**
                                  **a General Partner**

                                  By: _____
                                  **Printed Name:**_____
                                  **Title:**_____

                    By:    **JERICHO GENERAL PARTNER, LLC,**
                           **a General Partner**

                           By: _____
                           **Printed Name:** GLENN CHWATT
                           **Title:** MANAGER

3

# United States Bankruptcy Court
## Southern District of Florida

In re   __550 Seabreeze Development LLC__                                         Case No. _____

Debtor(s)                      Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __February 26, 2018__              __/s/ Kenneth Bernstein__

                                                  __Kenneth Bernstein__/__Authorized Representative__
                                                  Signer/Title

ABC Concrete Cutting, Inc.
2251 Hammondville Rd.
Pompano Beach, FL 33069


Adache Group Architects, Inc.
550 S. Federal Highway
Fort Lauderdale, FL 33301


All American Windows and Doors
1534 SW 13th Ct
Pompano Beach, FL 33069


Allied Interior Products
6363 Edgewater Drive
Orlando, FL 32810


ALX Construction Inc.
8450 Johnston St.
Hollywood, FL 33024


Amquip Crane Rental LLC
441 N Ruby Carson Blvd.
Birmingham, AL 35215


Aqua-Aston Hospitality
2155 Kalakaua Ave
#500
Honolulu, HI 96815


Associated Steel & Aluminum Ltd., Inc.
3017 SW 25th Ave
Pompano Beach, FL 33069


Associated Steel & Aluminum Ltd., Inc.
c/o Jason D. Katz, Esq.
3325 S. University Dr, Ste 210
Fort Lauderdale, FL 33328


Atlass Hardware Corporation
1923 SW 2nd St
Pompano Beach, FL 33069


Baker & Hostetler LLP
PO Box 70189
Cleveland, OH 44190

BE-TECH
15835 Woodland Spring Ct.
Orlando, FL 32828


Best Rolling Doors, Inc.
9780 NW 79th Ave.
Hialeah, FL 33016


Bobs Barricades Inc.
921 Shotgun Rd
Fort Lauderdale, FL 33326


Bradley Weatherization Technology, Inc.
15835 Woodland Spring Ct.
Orlando, FL 32828


Broward County Revenue Collection
115 S. Andrews Ave.   Rm A-100
Ft. Lauderdale, FL 33301


Buchanan Ingersoll PC
One Oxford Centre
301 Grant St., 20th Floor
Pittsburgh, PA 15219


Can-Am Electric, LLC
3020 High Ridge Road
Suite 200
Boynton Beach, FL 33426


CD Staffing
1040 Bayview Dr.
Suite 409
Fort Lauderdale, FL 33304


Central Broward Construction, Inc.
931 NW 53rd Ct.
Fort Lauderdale, FL 33309


Central Broward Counstruction, Inc.
c/o Christopher M. Horton, Esq.
SmithCurrie
101 NE 3rd Ave, Ste 1910
Fort Lauderdale, FL 33301

Chicago Title Insurance Company
3801 PGA Blvd.
Suite 605
Palm Beach Gardens, FL 33410


Chuck's Backhoe Service
2301 NW 15th Court
Pompano Beach, FL 33069


City of Aventura
19200 W. Country Club Dr.
Aventura, FL 33180


City of Ft. Lauderdale- Tax Division
700 NW 19 Ave
Fort Lauderdale, FL 33311-7834


Coastal Dune Restoration
7611 Lawrence Rd.
Boynton Beach, FL 33436


Coastal Systems International, Inc.
464 S. Dixie Highway
Miami, FL 33146


Constructors Bonding, Inc.
7220 N 16th St.
Building K
Phoenix, AZ 85020


D&A Studio Inc.
4525 NW 37th Ave.
Miami, FL 33142


Dar Gennett
4751 Gulf Shore Blvd. N
#1406
Naples, FL 34103


DeRose Design Consultants, Inc.
470 S. Andrews Ave
Suite 206
Pompano Beach, FL 33069

Draper & Associates
5665 New Northside Drive
#100
Atlanta, GA 30328


East Coast Hoist, Inc.
105 Keystone Drive
Telford, PA 18969


Edwin M Green Inc.
775 NW 21st Street
Miami, FL 33127


Encoders Inc.
850 NW Federal Highway
Suite 401
Stuart, FL 34994


Eugene Kessler
c/o Paul S. Singerman, Esq.
Berger Singerman
1450 Brickell Ave., Ste 1900
Miami, FL 33131


Eugene Kessler
19955 Porto Vita Way
#3202
Aventura, FL 33180


Fata Automation, Inc.
2333 Walton Blvd.
Auburn Hills, MI 48326


Fire Stop Systems Inc.
4173 Arnold Ave
Naples, FL 34104


Firepak, Inc.
8315 NW 74th St
Miami, FL 33166


Flax & Associates
1900 Glades Rd.
Suite 356
Boca Raton, FL 33431

Florida Lifts LLC
PO Box 740708
Boynton Beach, FL 33474


Florida Metro Construction Co., Inc.
140 SW 1st Ave
Dania, FL 33004


Florida Overseas Investment Center
6547 Midnight Pass Road, #3
Sarasota, FL 34242


Foam Supply Inc.
1631 S. Dixie Highway
Building B
Pompano Beach, FL 33060


FP&L
General Mail Facility
Miami, FL 33188


General Caulking & Coatings Co Inc.
3750 Consumer Street
A
West Palm Beach, FL 33404


GeoSonics Inc.
359 Northgate Drive
Warrendale, PA 15086


GFA International, Inc.
1215 Wallace Drive
Delray Beach, FL 33444


Griffin Construction Services Corp, LLC
3805 Investment Lane
#1
West Palm Beach, FL 33404


H&E Equipment Services, Inc.
7500 Pecue Lane
Baton Rouge, LA 70809

Hall of Fame Associates
801 NE 3rd St
Dania, FL 33004


HCC Surety Group
8 Forest Park Dr.
Farmington, CT 06032


HJ Foundation Company
8275 NW 80th Street
Miami, FL 33166


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Warehouse Services, Inc.
3400 McIntosh Road
Building A
Fort Lauderdale, FL 33316


Jack Kessler
c/o Paul S. Singerman, Esq.
Berger Singerman LLP
1450 Brickell Ave., Ste 1900
Miami, FL 33131


Jack Kessler
19573 NE 37th Avenue
Aventura, FL 33180


Jaffer Well Drilling
1451 SE 9th Ct.
Hialeah, FL 33010


JAG Construction
PO Box 3805
Bend, OR 97707


JAWOF 515 Seabreeze, LLC
c/o Niall T. McLachlan, Esq.
Carlton Fields
100 SE 2nd St, Suite 4000
Miami, FL 33131

JAWOF 515 Seabreeze, LLC
3835 NW Boca Raton Blvd
Suite 200
Boca Raton, FL 33431


JB Matthews Company
dba Overhead Doors
11641 Interchange Circle S.
Miramar, FL 33025


Jefferson Davis
1451 SE 9th Ct.
Hialeah, FL 33010


Jeffrey C. Schneider, Esq.
Levine Kellogg
201 S. Biscayne Blvd.
22nd Floor
Miami, FL 33131


John Yoney
19501 Biscayne Blvd.
Suite 400
Aventura, FL 33180


Jovil Plumbing & Heating Inc.
10271 NW 53rd St
Fort Lauderdale, FL 33351


Keith & Associates, Inc.
301 E. Atlantic Blvd.
Pompano Beach, FL 33060


Kenneth Bernstein
c/o Paul S. Singerman, Esq.
Berger Singerman
1450 Brickell Ave., Ste 1900
Miami, FL 33131


Kone Inc.
3421 Enterprise Way
Miramar, FL 33025

Landscape Design Workshop
301 Yamato Rd.
#1240
Boca Raton, FL 33431


Las Olas Group II, L.P.
19501 Biscayne Blvd
Suite 400
Aventura, FL 33180


Las Olas Ocean Resort Partners, LP
Damon Virtuoso, Manager of
General Partner
682 Heritage Drive
Fort Lauderdale, FL 33326


Las Olas Ocean Resort Partners, LP
Glen H. Waldman, Esq.
Waldman Barnett
3250 Mary St., Suite 102
Coconut Grove, FL 33133


Luke's Landscaping
2711 SW 36th St
Fort Lauderdale, FL 33312


Marjam Supply of Florida LLC
885 Conklin St.
Farmingdale, NY 11735


Marsh Risk Consulting
Attn: Joseph M. Stella
99 High Street
Boston, MA 02110


Master Plaster, Inc.
2116 N. Dixie Highway
Hollywood, FL 33020


Master Plaster, Inc.
c/o Michael J. Kurzman, Esq.
Weiss Serota
200 E. Broward Blvd., Ste 1900
Fort Lauderdale, FL 33301

Matthew Sava, Esq.
Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119


Maxim Crane Works, L.P.
1225 Washington Pike
Suite 100
Bridgeville, PA 15017


Maxim Crane Works, L.P.
c/o April Rocke, Esq.
Kirwin Norris, P.A.
15 Church St., Ste 301
Orlando, FL 32806


McLaughlin Engineering Company
400 NE 3rd Ave
Fort Lauderdale, FL 33301


Miami-Dade County Tax Collector
140 West Flagler Street
Room 101
Miami, FL 33130


Michael Jara-Vazquez
776 N Orange Ave.
#5416
Orlando, FL 32801


Miele, Inc.
9 Independence Way
Princeton, NJ 08540


MIK Construction LLC
933 NW 36th St
Fort Lauderdale, FL 33309


N1 Critical Technologies, Inc.
2949 Venture Dr.
Suite 108
Janesville, WI 53546

National Construction Cleaners Group LLC
931 Willage Blvd.
Suite 905-528
West Palm Beach, FL 33409


Nationwide Fire Sprinklers Inc.
6754 NW 72nd Ave
Miami, FL 33166


O'Brien Air Conditioning
2020 NE 28th Ave
Pompano Beach, FL 33062


Ocean Star of Miami
20917 SW 103rd Place
Miami, FL 33189


Painting Concepts, Inc.
3459 High Ridge Rd.
Boynton Beach, FL 33426


Plumbing Corporation of America
5218 NE 12th Ave
Fort Lauderdale, FL 33334


PPG Paint Services
One PPG Place
Pittsburgh, PA 15272


Preferred Hotel Group, Inc.
38999 Eagle Way
Chicago, IL 60678


Raymond Parello
c/o Paul S. Singerman, Esq.
Berger Singerman
1450 Brickell Ave., Ste 1900
Miami, FL 33131


Royce Parking Control Systems, Inc.
3883 Pembroke Rd.
Hollywood, FL 33021

S&S National Waste
1050 Skees Road
West Palm Beach, FL 33411


Safway Services, LLC
2365 Ali Baba Avenue
Opa Locka, FL 33054


Samy Cohen
19501 Biscayne Blvd.
Suite 400
Aventura, FL 33180


Saul Ewing Arnstein & Lehr LLP
161 N. Clark
Suite 4200
Chicago, IL 60601


Service America
2755 NW 63rd Ct
Fort Lauderdale, FL 33309


Shenandoah Construction
1888 NW 22nd St
Pompano Beach, FL 33069


Sims Crane
1219 N. Highway 301
Tampa, FL 33619


Snaidero USA
20300 S Bermont Ave
Suite 125
Torrance, CA 90502


Solution Construction, Inc.
7955 NW 12th St
Suite 425
Miami, FL 33126


South East Spas
2840 Okeechobee Blvd.
West Palm Beach, FL 33409

Southeastern Services & Equipment, Inc.
569 Canal St.
New Smyrna Beach, FL 32168


State Of Florida Department Of Revenue
Po Box 6668
Tallahassee, FL 32314


Sterling Steel Fabrications Inc.
1139 53rd Ct N
West Palm Beach, FL 33407


Straticon, LLC
451 SW Federal Highway
Stuart, FL 34994


Straticon, LLC
c/o Charles B. Hernicz, Esq.
Hernicz Legal Services, P.L.
1460 Wood Row Way
Wellington, FL 33414


Sun Metal Systems, Inc.
5008 Tampa West Blvd.
Tampa, FL 33634


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


Sunryse Construction Services, Inc.
3061 SE Waaler St.
Stuart, FL 34997


Temco Staffing LLC
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301


Terracon
5371 NW 33rd Ave
#201
Fort Lauderdale, FL 33309

Tetra Tech, Inc.
3475 E. Foothill Blvd.
Pasadena, CA 91107


The Bancorp Bank
1818 Market Street
28th Floor
Philadelphia, PA 19103


The Bancorp Bank
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 N. Tampa St., Suite 2700
Tampa, FL 33602


Therma Seal Roof Systems, LLC
1421 Oglethorpe Road
West Palm Beach, FL 33405


Titus Construction Group
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301


Trident Ground Protection LLC
1033 NW 6th St
Fort Lauderdale, FL 33311


Trojan Labor aka Hire Quest
12137 NW 7th Ave
Miami, FL 33168


United Forming, Inc.
470 Riverside Parkway
Austell, GA 30168


United Forming, Inc.
c/o Jake Carroll, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Pkwy, Ste 1600
Atlanta, GA 30339


United Site Services
118 Flanders Rd.
Westborough, MA 01581

Vitra Garcia
19501 Biscayne Blvd.
Suite 400
Aventura, FL 33180


Wilkinson Hi-Rise
3001 Greene St.
Hollywood, FL 33020


Xpert Elevator Services Inc.
550 Business Park Way
Bay #8
West Palm Beach, FL 33411


ZRoofing Inc.
2525 West 3rd Ct.
Hialeah, FL 33010